UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MARK SORGER, <br> Plaintiff, <br> v. <br> NOVARTIS CORPORATION DEATH BENEFIT & DISABILITY PLAN, et al., <br> Defendants. | Case No. 19-cv-00105-JSC <br><br> **PRETRIAL SCHEDULING ORDER** |

As discussed at the Initial Case Management Conference held on May 16, 2019, the parties shall file a written submission notifying the Court whether they agree to private mediation by May 24, 2019. If the parties do not agree to private mediation, the Court will refer them to ADR.

IT IS FURTHER ORDERED THAT:

### I. CASE MANAGEMENT SCHEDULE

| | |
|---|---|
| Fact Discovery Cut-Off: | July 31, 2019 |
| Deadline for Filing Dispositive Motions: | August 23, 2019 |
| Deadline for Filing Opposition Briefs: | September 20, 2019 |
| Deadline for Filing Reply Briefs: | October 4, 2019 |
| Hearing Date for Dispositive Motions: | October 18, 2019 |

### II. TRIAL DATE

A. The Court will conduct a Rule 52 bench trial on **October 18, 2019**, **at 9:00 a.m.**, in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 17, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge